Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1430 Truxtun Avenue, Suite 720
Bakersfield, CA 93301
Telephone: (559) 441-7991

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721

Attorneys for: Defendants CITY OF BAKERSFIELD, POLICE CHIEF GREG TERRY, OFFICER CHRISTIAN WALTER HERNANDEZ V, SERGEANT NATHAN A. ANDERBERG, OFFICER ANDREW SHIVE (sued herein as "POLICE OFFICER SHIVE [#1285]"), and ALEX ROMO (sued herein as "POLICE OFFICER ROMO [#1190]")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN HEARN, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BAKERSFIELD; POLICE CHIEF GREG TERRY, in his individual and official capacities; POLICE OFFICER CHRISTIAN WALTER HERNANDEZ V, in his individual and official capacities; POLICE SERGEANT NATHAN A. ANDERBERG, in his individual and official capacities; POLICE OFFICER SHIVE [#1285], in his individual and official capacities; POLICE OFFICER ROMO [#1190], in his individual and official capacities; COUNTY OF KERN; PROBATION CHIEF T.R. MARICKEL, in his individual and official capacities; PROBATION OFFICER S. JAUCH [#147]; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 1:22-CV-00668-DAD-BAK (BAM) <br><br> **STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER THEREON** |

1

**RECITALS**

WHEREAS, the Parties have met and conferred regarding the perceived deficiencies with Plaintiff's Complaint.

WHEREAS, in lieu of Fed. Rule of Civ. Proc. 12(b)(6) motions, Plaintiff's counsel has agreed to file an amended complaint.

WHEREAS, Plaintiff's counsel has not yet filed an amended complaint and as such, the Parties believe the Scheduling Conference, currently scheduled for September 1, 2022, should be continued for 60 days so that the pleading issues can be resolved.

**STIPULATION**

For the reasons set forth above, the Parties hereto request that this Court continue the Scheduling Conference, currently set for September 1, 2022, for 60 days or as soon thereafter as the Court may hear the matter.

Dated: August 29, 2022   By: */s/ Phillip W. Gillet, Jr.*
　　　　　　　　　　　　　　Phillip W. Gillet, Jr.
　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　MATHEW ALAN HEARN

Dated: August 29, 2022   OFFICE OF THE KERN COUNTY COUNSEL

　　　　　　　　　　　　　　By: */s/ Marshall Scott Fontes*
　　　　　　　　　　　　　　Marshall Scott Fontes
　　　　　　　　　　　　　　Margo A. Raison
　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　COUNTY OF KERN, PROBATION CHIEF
　　　　　　　　　　　　　　T.R. MERICKEL, and PROBATION
　　　　　　　　　　　　　　OFFICER S. JAUCH

1  Dated:  August 29, 2022               MARDEROSIAN  & COHEN

                                         */s/ Heather S. Cohen*
                                    By:_____
                                         Michael G. Marderosian
                                         Heather S. Cohen
                                         Attorneys for Defendants
                                         CITY OF BAKERSFIELD, POLICE CHIEF
                                         GREG TERRY, OFFICER CHRISTIAN
                                         WALTER HERNANDEZ V, SERGEANT
                                         NATHAN A. ANDERBERG, OFFICER
                                         ANDREW SHIVE, and ALEX ROMO

**ORDER**

In light of the stipulation of the Parties set forth above and good cause appearing therefor, the Court reschedules the Scheduling Conference in this matter to **November 1, 2022, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least one (1) week prior to the conference. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **August 29, 2022**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE