UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN HEARN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, *et al.*<br><br>Defendants. | Case No. 1:22-cv-00668-ADA-CDB<br><br>**ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE**<br><br>(ECF No. 20) |

On June 2, 2022, this action was removed from Kern County Superior Court by Plaintiff Matthew Alan Hearn. (ECF No. 1). On October 13, 2022, the Court issued a minute order setting a scheduling conference for this action on December 19, 2022. (ECF No. 15). On December 12, 2022, the parties filed a stipulation to continue the scheduling conference. (ECF No. 20). The parties represent in their stipulation that they intend to file a first amended complaint and request the scheduling conference be continued for 60 days so that the pleading issues can be resolved. *Id.* at 2.

Accordingly, for the reasons set forth in the parties' stipulation and for good cause shown, it is HEREBY ORDERED:

The scheduling conference currently set for December 19, 2022, at 9:30 AM is continued to February 17, 2023, at 9:30 AM in Bakersfield, 510 19th Street before Magistrate Judge Christopher D. Baker. The parties shall appear at the conference remotely via Zoom video

conference, and the Zoom ID and password will be provided to counsel by the Courtroom Deputy prior to the conference. The parties are reminded of their obligation to file a joint scheduling report at least one week prior to the conference and the report shall also be e-mailed, in Word format, to CDBorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: __**December 15, 2022**__         _____
                                           UNITED STATES MAGISTRATE JUDGE