UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN HEARN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, *et al*.<br><br>　　　　　Defendants. | Case No. 1:22-cv-00668-ADA-CDB<br><br>ORDER REQUIRING COUNTY DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT A STATUS CONFERENCE<br><br>(Doc. 28)<br><br>THREE-DAY DEADLINE |

　　　On June 2, 2022, Defendants City of Bakersfield and individual City defendants removed this action filed in Kern County Superior Court by Plaintiff Matthew Alan Hearn ("Plaintiff") against those defendants and defendants of the County of Kern.  (Doc. 1).  On February 6, 2023, the Court noticed the scheduling of a status conference to occur at 9:00 a.m. on February 10, 2023, after which the courtroom deputy transmitted to all counsel via email information regarding the Zoom connection to be used for the status conference.

　　　On February 10, 2023, the Court convened the status conference at which Plaintiff's Counsel Phillip Gillet and City Defendants' Counsel Heather Cohen appeared. No appearance was made by noticed Counsel for the County Defendants – Marshall Scott Fontes and Gustavo Maya, Jr.  (Doc. 28).  The undersigned and Court staff remained connected to the Zoom application with the counsel

1

present until approximately 9:25 a.m., but neither Mr. Fontes nor Mr. Maya appeared or responded to the courtroom deputy's email to inquire about the status conference.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

The Court is unclear whether counsel for County Defendants forgot about or mis-calendared the status conference or otherwise misplaced the Zoom connection information that the Court previously provided to them. In all events, the status conference had been calendared well in advance, and if Counsel for County Defendants was unable to appear, they had a duty to contact the Court and/or other counsel prior to the conference to request whatever information necessary to facilitate their appearance.

Accordingly, IT IS HEREBY ORDERED, County Defendants shall show cause in writing, no later than February 13, 2023, why sanctions should not be imposed for Defendants' failure to appear at the status conference. County Defendants are advised that failure to comply with this order to show cause may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:  **February 10, 2023**  _____

UNITED STATES MAGISTRATE JUDGE