1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| MATTHEW ALAN HEARN, | Case No. 1:22-cv-00668-CDB |
| Plaintiff, | ORDER DISCHARGING SEPTEMBER 18, 2023, SANCTIONS ORDER AND REQUIRING PLAINTIFF TO PAY SANCTION |
| v. | |
| CITY OF BAKERSFIELD, *et al*. | |
| Defendants. | (Doc. 46) |
| | 14-DAY DEADLINE |

18    On December 14, 2021, Plaintiff Matthew Alan Hearn ("Plaintiff") initiated this action in Superior Court of the State of California, County of Kern. (Doc. 1). Defendants removed this action to this Court on June 2, 2022. *Id*.

21    On March 8, 2023, the Court issued a scheduling order that, among other things, set a mid-discovery status conference for September 21, 2023, and required the parties to file a joint status report no later than September 14, 2023. (Doc. 42). After Plaintiff failed to confer with Defendants and timely file a status conference, the Court directed Plaintiff to comply with the Court's order by 9:00 a.m. on September 18, 2023. (Doc. 45). Plaintiff failed to timely respond to the Court's order. Thereafter, the Court issued an order requiring Plaintiff to pay sanctions of $100 per day until Plaintiff's mid-discovery status report was filed with this Court. (Doc. 46). The Court found a daily sanction should be imposed to compel compliance with its earlier order. *Id*. The following

1

1  day, Plaintiff filed a mid-discovery status conference statement and a response to the Court's order
2  to show cause.  (Docs. 47-48).

3        In light of Plaintiff's prompt response, the Court shall discharge further sanctions and shall
4  impose a $100 sanction based on the Court's order.  (Doc. 46 at 3) ("Plaintiff's filing of the report
5  on the date of this order will not relieve Plaintiff of the sanction imposed commencing on this
6  date").

7        Based on the foregoing, IT IS HEREBY ORDERED that:

8        Plaintiff shall pay the Clerk of the Court $100.00 in sanctions no later than October 3, 2023.
9  Plaintiff shall file proof of payment with the Court once payment is made.

10        And IT IS FURTHER ORDERED that if such payment and proof of payment is not timely
11  made, additional sanctions of $50.00 per day shall issue from October 3, 2023, until full payment
12  is received.

13  IT IS SO ORDERED.

14    Dated:  **September 19, 2023**                    
15                  UNITED STATES MAGISTRATE JUDGE

16
17
18
19
20
21
22
23
24
25
26
27
28

2