MARGO A. RAISON, COUNTY COUNSEL
Marshall S. Fontes, Chief Deputy (SBN 139567)
Andrew C. Hamilton, Deputy (SBN 299877)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: sfontes@kerncounty.com
　　　　ahamilton@kerncounty.com

Attorneys for Defendants County of Kern
and Probation Officer S. Jauch

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN HEARN,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>CITY OF BAKERSFIELD; POLICE DETECTIVE CHRISTIAN WALTER HERNANDEZ V, in his individual capacity; POLICE SERGEANT NATHAN A. ANDERBERG, in his individual capacity; COUNTY OF KERN; PROBATION OFFICER S. JAUCH [# 147]; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:22-CV-00668-CDB<br><br>**STIPULATION PERMITTING DEFENDANT, SAMANTHA JAUCH, TO TESTIFY VIA ZOOM AT TRIAL; SUPPORTING DECLARATION OF MARSHALL S. FONTES;** [PROPOSED] **ORDER <u>AS MODIFIED</u>**<br><br>Trial Date: November 12, 2024 |

Plaintiff, MATTHEW HEARN, through his attorney, Phillip W. Gillet, Jr., Esq., Defendants CITY OF BAKERSFIELD, NATHAN ANDERBERG, and CHRISTIAN HERNANDEZ V, through their attorneys Michael G. Marderosian and Heather S. Cohen, and Defendants COUNTY OF KERN, and SAMANTHA JAUCH, through their counsel, Chief Deputy County Counsel, Marshall S. Fontes, and Deputy County Counsel Andrew C. Hamilton, hereby stipulate as follows:

　　　　1.　　There is good cause for granting permission for Defendant Samantha Jauch to appear and testify at trial remotely from Knoxville, Tennessee, as set forth in the supporting declaration of Marshall S. Fontes;

/ / /

–1–

STIPULATION FOR DEFENDANT, SAMANTHA JAUCH, TO TESTIFY VIA ZOOM FOR TRIAL; DEC OF MSF;
[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　USDC Case No.: 1:22-CV-00668-CDB

2. Defendant Jauch resides in Tennessee and is unable to travel to California to appear for trial;

3. Defendant Jauch will appear on Wednesday, November 13, 2024, at Veritext, at court reporter's office, located at 606 Main Street, Suite 350, Knoxville, Tennessee, at 9:00 a.m., P.S.T., to remotely testify in the trial of this matter through Zoom; and

4. At the time of her testimony, Defendant Jauch, will be seated in front of a computer in a conference room at Veritext with only a court reporter in the room with her, who will safeguard against any third-party communications with Jauch during her trial testimony.

The trial in this matter is currently set for November 12, 2024, at 8:30 a.m., in the Bakersfield Federal Court. Based upon the stipulation and declaration of counsel, good cause exists for this order and safeguards and in place to permit the unadulterated testimony of Defendant Jauch at trial.

IT IS SO STIPULATED.

Dated: November 5, 2024    LAW OFFICE OF PHILLIP W. GILLET, JR.

By: /s/ Phillip W. Gillet, Jr, as authorized on 11/05/24
    Phillip W. Gillet, Jr.
    Attorney for Plaintiff, Matthew Alan Hearn

Dated: November 4, 2024    MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Marshall S. Fontes
    Marshall S. Fontes, Chief Deputy
    Andrew C. Hamilton, Deputy
    Attorneys for Defendants, County of Kern
    and Probation Officer S. Jauch

Dated: November 5, 2024    MARDEROSIAN & COHEN

By: /s/ Heather S. Cohen as authorized on 11/04/24
    Michael G. Marderosian
    Heather S. Cohen
    Attorneys for Defendants
    City of Bakersfield, Officer Christian Walter
    Hernandez V, Seargeant Nathan A.
    Anderberg, Officer Anderew Shive, and Alex
    Romo

MARGO A. RAISON, COUNTY COUNSEL
Marshall S. Fontes, Chief Deputy (SBN 139567)
Andrew C. Hamilton, Deputy (SBN 299877)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: sfontes@kerncounty.com
       ahamilton@kerncounty.com

Attorneys for Defendants, County of Kern,
Probation Officer S. Jauch

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN HEARN,<br><br>                Plaintiffs,<br>vs.<br><br>CITY OF BAKERSFIELD; POLICE DETECTIVE CHRISTIAN WALTER HERNANDEZ V, in his individual capacity; POLICE SERGEANT NATHAN A. ANDERBERG, in his individual capacity; COUNTY OF KERN; PROBATION OFFICER S. JAUCH [# 147]; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 1:22-CV-00668-CDB<br><br>**DECLARATION OF MARSHALL S. FONTES IN SUPPORT OF STIPULATION TO PERMIT DEFENDANT, SAMANTHA JAUCH, TO TESTIFY VIA ZOOM AT TRIAL**<br><br>Trial Date: November 12, 2024 |

I, Marshall S. Fontes, declare:

1.    I am an attorney duly licensed to practice before all of the Courts in the State of California.  I am a Chief Deputy County Counsel in the Office of County Counsel for Kern County. As part of my duties, I am handling the defense of Defendants, COUNTY OF KERN and SAMANTHA JAUCH, in the above-entitled action

2.    This case, in part, involves a claim for injuries during the detention of plaintiff by a Bakersfield Police Officer, Hernandez, who was partnered with a Kern County Probation Officer, Jauch, at the time of the events.

/ / /

–3–

STIPULATION FOR DEFENDANT, SAMANTHA JAUCH, TO TESTIFY VIA ZOOM FOR TRIAL; DEC OF MSF; [PROPOSED] ORDER    USDC Case No.: 1:22-CV-00668-CDB

3. The case is scheduled for a jury trial on November 12, 2024, before the Hon. Christopher D. Baker, Magistrate Judge, in Bakersfield, California.

4. Shortly after the filing of this suit, Defendant Jauch and her family moved to Tennessee. At the time of the mid-discovery status conference on September 21, 2023, I alerted the parties and the Court to this fact, since it was anticipated that Ms. Jauch's deposition would be taken.

5. Ms. Jauch's deposition was taken remotely in this matter on November 3, 2023 without any issues.

6. Prior the pre-trial conference in this matter, I discussed Ms. Jauch's appearance at trial with counsel for the plaintiff and counsel for the City defendants. Specifically, I informed them that Ms. Jauch is unable to travel to Bakersfield, and I requested that she be permitted to testify remotely at trial. Both Mr. Gillet and Ms. Cohen agreed.

7. At the pre-trial conference, held in this matter on September 12, 2024, before Hon. Christopher D. Baker, I brought the request to the Court's attention, and was instructed to submit a written stipulation.

8. On October 7, 2024, my office caused a stipulation to permit the remote testimony of Ms. Jauch to be circulated and filed with the Court (Doc. 82). On October 8, 2024, the Court entered a minute order (Doc. 83), denying the requested stipulation without prejudice based upon "a lack of demonstrated good cause, compelling circumstances and proposed appropriate safeguards".

9. This declaration is offered to address the court's concerns. Ms. Jauch is a married and the mother of two small children. She works outside of the home for the State of Tennessee. She is unable to travel to Bakersfield from Tennessee for the trial in this matter, without significant personal and financial hardship due to work obligations and childcare issues.

10. Ms. Jauch has already been examined by plaintiff's counsel during a deposition taken remotely in this matter and there was no technical difficulty nor any third party influence on her testimony.

11. Ms. Jauch's trial testimony is essential to defense counsel's ability to defend her, as well as her former employer, the County of Kern, in this matter, since she is the only County

STIPULATION FOR DEFENDANT, SAMANTHA JAUCH, TO TESTIFY VIA ZOOM FOR TRIAL; DEC OF MSF; [PROPOSED] ORDER                                                                        USDC Case No.: 1:22-CV-00668-CDB

witness who has personal knowledge of the matters involved.

12. Under the current circumstances, there is good cause to permit Ms. Jauch to testify remotely and no party will be prejudiced by such relief.  On the other hand, considerable prejudice to defendants will occur if she is not allowed to do so.

13. Arrangements have been made to allow Ms. Jauch to testify from a Court Reporter's Office, under the supervision of the reporter, with safeguards in place to protect the veracity of her testimony without third party inference.

14. Accordingly, it is respectfully requested that the Court grant this stipulated request.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed this 4th day of November 2024 in Bakersfield, California.

/s/ Marshall S. Fontes
Marshall S. Fontes

**[PROPOSED] ORDER**

Having considered the stipulation of the parties and related dates and the declaration of counsel, the Court finds the requirements of Fed. R. Civ. P. 43(a) are met to grant the relief requested. Accordingly, for good cause shown, it is HEREBY ORDERED

1. Defendant Samantha Jauch shall be allowed to appear and testify at trial in this matter via Zoom videoconference;

2. Defendant Jauch shall appear via Zoom videoconference on Tuesday, November 12, 2024, at 9:00 a.m. P.S.T. for a portion of jury selection;

3. Defendant Jauch will appear via Zoom videoconference on Wednesday, November 13, 2024, at Veritext, a court reporter's office, located at 606 Main Street, Suite 350, Knoxville, Tennessee, at 9:00 a.m. P.S.T., to remotely testify in the trial of this matter;

4. At the time of her testimony, Defendant Jauch will be seated in front of a computer in a conference room at Veritext with only a court reporter in the room with her, who will safeguard against any third-party communications with Jauch during her trial testimony; and;

5. Counsel for Defendant Jauch shall communicate with the undersigned's Courtroom Deputy and coordinate in advance of Defendant Jauch's appearance obtaining Zoom videoconference connection information.

IT IS SO ORDERED.

Dated: **November 6, 2024**

_____
UNITED STATES MAGISTRATE JUDGE